UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN OLIVEIRA,
Plaintiff

     v.                                  C.A. No. 05-505T

TOWN OF DOUGLAS, MA,
ET AL.,
Defendants

### SHOW CAUSE ORDER

On or before **February 15th, 2006,** the plaintiff, John Oliveira, is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of jurisdiction. Failure to comply will result in dismissal of the case.

By Order,

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
United States District Judge
Date: Jan. 17, 2006

FORMS/SHWCAUS2.ORD