**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

JOHN OLIVEIRA,
Plaintiff

v. C.A. No. 05-505T

TOWN OF DOUGLAS, MA,
ET AL.,
Defendants

**SHOW CAUSE ORDER**

On or before **February 15th, 2006**, the plaintiff, John Oliveira, is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of jurisdiction. Failure to comply will result in dismissal of the case.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge
Date: Jan. 17, 2006

FORMS/SHWCAUS2.ORD