AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

JOHN OLIVEIRA
V.
TOWN OF DOUGLAS, MASSACHUSETTS
Et Al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-505

TO: (Name and address of Defendant)

BOARD OF SELECTMAN
TOWN OF DOUGLAS
29 Depot Street
Douglas MA 01516

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce P. Gladstein, Esq.
750 East Avenue
Pawtucket RI 02860 (401)722-9900

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* Karen Hooks | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Certified Mail | TOTAL $ 4.88 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-12-06 Date

Karen S Hooks
*Signature of Server*

750 East Ave Pawtucket
*Address of Server*

FILED

2006 FEB -1 P 12: 41

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Board of the Selectman
Town of Douglas
29 Depot Street
Douglas MA
01516

2. Article Number
(Transfer [redacted]

PS Form [redacted] Receipt Requested

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Jane L Buler ☐ Agent ☐ Addressee

B. Received by (Printed Name) Jane L Buler

C. Date of Delivery 1-12-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

CENTRAL MA
12 JAN 2006 PM

HOLIDAYS

• Sender: Please print your name, address, and ZIP+4 in this box •

Law Offices of
Bruce P. Gladstein
750 East Avenue
Pawtucket RI
02860

7005 1160 0002 1975 1801

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

DOUGLAS, MA 01516

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0102 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: VS9W80 |
| Total Postage & Fees | $ 4.88 | 01/09/06 |

PROVIDENCE RI MAIN P.O. UNIT
JAN 6 2006

Sent To: Board of the Selectman/Town of Douglas
Street, Apt. No.; or PO Box No.: 29 Depot Street
City, State, ZIP+4: Douglas MA 01516

PS Form 3800, June 2002 — See Reverse for Instructions