UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN OLIVEIRA

        v.        CA No. 05-505-T

TOWN OF DOUGLAS, MASSACHUSETTS; BOARD OF
SELECTMAN FOR THE TOWN OF DOUGLAS,
MASSACHUSETTS; SHIRLEY MOSCZYNSKI,
Individually and as the Chairperson of the
Board of Selectman for the Town of
Douglas, Massachusetts; and JAY O'CONNOR,
Alias, Individually and as the Animal
Control Officer for the Town of Douglas,
Massachusetts, PAMELA HOLMES, as Finance
Director for the Town of Douglas,
Massachusetts

## ORDER OF DISMISSAL

On January 17, 2006, this Court issued an order directing the plaintiff to show cause why this case should not be dismissed for lack of personal jurisdiction over the defendants. The plaintiff responded with a memorandum stating why he believes that subject matter jurisdiction existed but failing to explain any basis for asserting personal jurisdiction over the defendants, all of whom are alleged to be citizens of Massachusetts; none of whom are alleged to have any minimum contacts with the state of Rhode Island, and the incident is alleged to have occurred in the state of Massachusetts.

Therefore, no cause having been shown, this case is hereby dismissed.

By Order

_/s/ B. M._
Deputy Clerk

ENTER:

_Ernest C. Torres_
Ernest C. Torres
Chief Judge

Date: 2/22, 2006