Trial Court Information Center



# Douglas Board of Selectmen v Oliveira

**Details for Docket: WOCV2004-01436**

**Case Information**

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2004-01436 | **Caption:** | Douglas Board of Selectm v Oliveira |
| **Filing Date:** | 07/23/2004 | **Case Status:** | Needs discovery |
| **Status Date:** | 08/17/2004 | **Session:** | Civil A (12 Worcester) |
| **Lead Case:** | NA | **Case Type:** | Complex |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 05/19/2005 |
| **Service Date:** | 10/21/2004 | **Disposition:** | 09/16/2005 |
| **Rule 15:** | 12/20/2004 | **Rule 12/19/20:** | 12/20/2004 |
| **Final PTC:** | 07/18/2005 | **Rule 56:** | 06/18/2005 |
| **Answer Date:** | 12/20/2004 | **Jury Trial:** | YES |

**Case Information**

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2004-01436 | **Caption:** | Douglas Board of Selectm v Oliveira |
| **Filing Date:** | 07/23/2004 | **Case Status:** | Needs discovery |
| **Status Date:** | 08/17/2004 | **Session:** | Civil A (12 Worcester) |
| **Lead Case:** | NA | **Case Type:** | Misc equitable remedy |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 05/19/2005 |
| **Service Date:** | 10/21/2004 | **Disposition:** | 09/16/2005 |
| **Rule 15:** | 12/20/2004 | **Rule 12/19/20:** | 12/20/2004 |
| **Final PTC:** | 07/18/2005 | **Rule 56:** | 06/18/2005 |
| **Answer Date:** | 12/20/2004 | **Jury Trial:** | YES |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Term
System data reflects current

# Commonwealth of Massachusetts
# WORCESTER SUPERIOR COURT
# Case Summary
# Civil Docket

## Douglas Board of Selectmen v Oliveira

Details for Docket: WOCV2004-01436

**Case Information**

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2004-01436 | **Caption:** | Douglas Board of Selectmen v Oliveira |
| **Filing Date:** | 07/23/2004 | **Case Status:** | Needs discovery |
| **Status Date:** | 08/17/2004 | **Session:** | Civil A (12 Worcester) |
| **Lead Case:** | NA | **Case Type:** | Complex |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 05/19/2005 |
| **Service Date:** | 10/21/2004 | **Disposition:** | 09/16/2005 |
| **Rule 15:** | 12/20/2004 | **Rule 12/19/20:** | 12/20/2004 |
| **Final PTC:** | 07/18/2005 | **Rule 56:** | 06/18/2005 |
| **Answer Date:** | 12/20/2004 | **Jury Trial:** | YES |

**Case Information**

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2004-01436 | **Caption:** | Douglas Board of Selectmen v Oliveira |
| **Filing Date:** | 07/23/2004 | **Case Status:** | Needs discovery |
| **Status Date:** | 08/17/2004 | **Session:** | Civil A (12 Worcester) |
| **Lead Case:** | NA | **Case Type:** | Misc equitable remedy |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 05/19/2005 |
| **Service Date:** | 10/21/2004 | **Disposition:** | 09/16/2005 |
| **Rule 15:** | 12/20/2004 | **Rule 12/19/20:** | 12/20/2004 |
| **Final PTC:** | 07/18/2005 | **Rule 56:** | 06/18/2005 |
| **Answer Date:** | 12/20/2004 | **Jury Trial:** | YES |

## Parties Involved

2 Parties Involved in Docket: WOCV2004-01436

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |

| | | | |
|---|---|---|---|
| **Last Name:** | Oliveira | **First Name:** | John |
| **Address:** | 6 Wilson St | **Address:** | |
| **City:** | Bristol | **State:** | RI |
| **Zip Code:** | 02809 | **Zip Ext:** | |
| **Telephone:** | 401-253-8971 | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Douglas Board of Selectmen | **First Name:** | Town of |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

3 Attorneys Involved for Docket: WOCV2004-01436

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | KOPE01 |
| **Last Name:** | Reich | **First Name:** | Mark R |
| **Address:** | 101 Arch Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1109 |
| **Telephone:** | 617-556-0007 | **Tel Ext:** | |
| **Fascimile:** | 617-654-1735 | **Representing:** | Douglas Board of Selectmen, Town of (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | KOPE01 |
| **Last Name:** | Slagle | **First Name:** | R Eric |
| **Address:** | 31 Saint James Avenue | **Address:** | Park Square Building 7th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02116 | **Zip Ext:** | |
| **Telephone:** | 617-556-0007 | **Tel Ext:** | |
| **Fascimile:** | 617-654-1735 | **Representing:** | Douglas Board of Selectmen, Town of (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | KOPE01 |

| | | | |
|---|---|---|---|
| **Last Name:** | Blake | **First Name:** | Jeffrey T |
| **Address:** | 31 Saint James Avenue | **Address:** | Park Square Building 7th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02116 | **Zip Ext:** | |
| **Telephone:** | 617-556-0007 | **Tel Ext:** | |
| **Fascimile:** | 617-654-1735 | **Representing:** | Douglas Board of Selectmen, Town of (Plaintiff) |

## Calendar Events

4 Calendar Events for Docket: WOCV2004-01436

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 08/02/2004 | 14:30 | Motion/Hearing: order of notice | A | Event canceled not re-schedu |
| 2 | 07/25/2005 | 09:00 | Status: Review Annual Fee | A | Event canceled not re-schedu |
| 3 | 12/06/2005 | 14:00 | Conf: final pre-trial | A | Event not held-req of Defend |
| 4 | 05/02/2006 | 14:00 | Conf: final pre-trial | A | |

## Full Docket Entries

51 Docket Entries for Docket: WOCV2004-01436

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 07/23/2004 | 1 | Complaint & civil action cover sheet filed |
| 07/23/2004 | | Origin 1, Type D99, Track F. |
| 07/23/2004 | | Filing fee paid in the amount of $240.00 including $15.00 surcharge |
| 07/23/2004 | | and $20.00 security fee ($275.00) |
| 07/23/2004 | 2 | Plaintiff Town of Douglas Board of Selectmen's MOTION for Preliminary |
| 07/23/2004 | 2 | Injunction |
| 07/23/2004 | 3 | Plaintiff Town of Douglas Board of Selectmen's MOTION for Short Order |
| 07/23/2004 | 3 | of Notice |
| 07/23/2004 | | MOTION (P#3) FOR 8/2/04 @ 2:30 p.m. in room 12 (Peter W. Agnes, Jr., |
| 07/23/2004 | | Justice). |
| 08/02/2004 | | MOTION (P#2) ALLOWED after hearing(Peter W. Agnes, Jr., Justice) |
| 08/02/2004 | | Notices mailed August 06, 2004 Check in the amt. of $110.00 rec'd. |
| 08/02/2004 | 4 | Preliminary injunctiono issued. SEE ORDER (Peter W. Agnes, Jr., |
| 08/02/2004 | 4 | Justice) Copies given to counsel in hand. |
| 08/17/2004 | 5 | ANSWER: John Oliveira(Defendant) |
| 11/23/2004 | 6 | Court received Atty. R. Eric Slagle certificate of service pursuant |

| | | |
|---|---|---|
| 11/23/2004 | 6 | to G.L. C. 233A, 6. |
| 12/01/2005 | 7 | Jury demand on all issues filed by John Oliveira |
| 12/01/2005 | 8 | Defendant Motion for Extension of Time from December 6 60 days to |
| 12/01/2005 | 8 | Prepare for Preliminary Hearing to February 6 2006 |
| 12/01/2005 | 9 | Defendants Motion for Order to Compel Production |
| 12/06/2005 | 10 | Plaintiffs Emergency Motion to Continue Pre-Trial Conference |
| 12/06/2005 | | Atty Jeffrey T Blake's notice of appearance for Plff Town of Douglas |
| 12/06/2005 | | Board of Selectmen. |
| 12/06/2005 | | MOTION (P#7) Taken as motion for jury trial & denied without |
| 12/06/2005 | | prejudice for failure to comply with Superior Court Rule 9A. (John S. |
| 12/06/2005 | | McCann, Justice). Notices mailed 12/8/2005 |
| 12/06/2005 | | MOTION (P#8) DENIED without prejudice for failure to comply with |
| 12/06/2005 | | Superior Court Rule 9A. (John S McCann, Justice) Notices mailed |
| 12/06/2005 | | 12/8/2005 |
| 12/06/2005 | | MOTION (P#9) DENIED without prejudice for failure to comply with Rule |
| 12/06/2005 | | 9A of the Superior Court Rules. (John S. McCann, Justice) Notices |
| 12/06/2005 | | mailed 12/8/2005 |
| 12/13/2005 | 11 | Defendants Emergency Motion by Rule 9A(e) Objection to Plaintiffs |
| 12/13/2005 | 11 | Emergency Motion |
| 12/21/2005 | | MOTION (P#11) Motion for 60 day continuance is ALLOWED (Leila R. |
| 12/21/2005 | | Kern, Justice) Notices mailed 12/30/2005 |
| 01/12/2006 | 12 | Defts.Motion Jury Trial |
| 01/18/2006 | | MOTION (P#12) This motion, though described as an emergency motion, |
| 01/18/2006 | | does not qualify as such and therefore is DENIED without prejudice |
| 01/18/2006 | | for failing to comply with Superior Court Rule 9A (Peter W. Agnes, |
| 01/18/2006 | | Jr., Justice) Notices mailed 1/20/2006 |
| 01/30/2006 | 13 | Defendant John Oliveira's MOTION for Jury Trial |
| 01/30/2006 | 14 | Defendant John Oliveira's MOTION to compel production of documents & |
| 01/30/2006 | 14 | affidavit in support of motion; |
| 01/31/2006 | | MOTION (P#13) ORDER: Treating this "motion" as a notice only it may |
| 01/31/2006 | | be docketed as such (Peter W. Agnes, Jr., Justice). Notices mailed |
| 01/31/2006 | | 2/3/2006 |
| 01/31/2006 | | MOTION (P#14) The defendant's motion (paper #14) is DENIED without |
| 01/31/2006 | | prejudice for failure to comply with Superior Court Rule 9A (Peter W. |
| 01/31/2006 | | Agnes, Jr., Justice) Notices mailed 2/3/2006 |