# Town of Douglas
# Municipal Center
# 29 Depot Street
# Douglas, MA 01516

November 3, 2000

John Oliveira
6 Wilson Street
Bristol, RI 02809

Certified Mail: Z181 128 017

Dear Mr. Oliveira,

The Board of Selectmen has received a complaint against you for allowing two dogs owned and harbored by you at 85 Hemlock Street to become a nuisance by reason of your failure to license and vaccinate as require by Chapter 140, Section 137 of Massachusetts General Laws, failure to provide sufficient care for said dogs, and failure to reclaim dog owned by you after notification by the Animal Control Officer.

You are requested to be present for a hearing on this matter to be held by the Board of Selectmen at its regularly scheduled **7:00 PM meeting of Tuesday, November 14, 2000** in the Municipal Center. You will have an opportunity to respond to the complaint as presented to the Board by the Dog Control Officer. Among the possible results of such hearing is banishment of the subject dogs and payment of impounding fees.

Enclosed is a copy of 140 MGL 157 and the Town of Douglas Animal Control by-law.

Sincerely,

Norman MacNeill
Executive Administrator

cc: Board of Selectmen
Dog Control Officer
Town Clerk