# Town of Douglas

OFFICE OF THE SELECTMEN
29 Depot Street · Douglas, MA 01516
508-476-4000 Ext 350

Shirley M. Mosczynski, *Chair*
Richard E. Preston, *Vice-Chair*
Edward A. Therrien
Ronald P. Forget
Paula Brouillette

Michael J. Guzinski
*Executive Administrator*

May 5, 2004

John Oliveira
6 Wilson Street
Bristol, RI 02809

Certified Mail: 7001 0320 0003 9763 3941

Dear Mr. Oliveira:

The Board of Selectmen has received a complaint(s) that a **Dog** owned and harbored by you once again at **85 Hemlock Street,** Douglas, MA, to be a public nuisance by reason of **being aggressive.**

Please be advised that this is in violation of the Town By-law and findings at the public hearing held on **November 28, 2000,** with the Board of Selectmen that resolved **the dog be banished from the Town of Douglas.**

This letter will also serve to inform you that the dog at 85 Hemlock Street be removed from the premises by **Friday, May 14, 2004.** If you fail to comply with this request, the Town will have no choice but to obtain a search warrant to seize and have the dog euthanized at the owners expense.

Any person who fails to comply with an order of the Selectmen pursuant to Massachusetts General Laws, Chapter 140, Section 157, or the Town of Douglas Animal Control By-law may be subject to fines as indicated on the enclosed copy of such laws. If you have any questions concerning this matter, please contact the Selectmen's office at 508-476-4000 ext. 350.

Kind regards,

Jane L. Brule
Administrative Secretary

Cc: Animal Control Officer, Jay O'Connor
Animal Inspector, Richard Downs
Board of Selectmen
Police Chief Patrick Foley
Town Clerk

Encl: Chapter 140, Section 157 of the M.G.L.