**KOPELMAN AND PAIGE, P. C.**

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN
ANNE-MARIE HYLAND

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

WILLIAM HEWIG III
JEANNE S. McKNIGHT
KATHLEEN M. O'DONNELL

PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. MCENANEY
KATHARINE GOREE DOYLE
GEORGE X. PUCCI
LAUREN F. GOLDBERG
JASON R. TALERMAN
JEFFREY A. HONIG
MICHELE E. RANDAZZO
GREGG J. CORBO
RICHARD T. HOLLAND
LISA C. ADAMS
ELIZABETH R. CORBO
MARCELINO LA BELLA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
JOSEPH S. FAIR
LAURA H. PAWLE
JACKIE COWIN
SARAH N. TURNER
JEFFREY T. BLAKE
CAROLYN M. MURRAY
R. ERIC SLAGLE

August 5, 2004

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

John Oliviera
6 Wilson St.
Bristol, RI 02809

Re: Town of Douglas Board of Selectmen v. John Oliveira
Worcester Superior Court CA No. 04-1436A

Dear Mr. Oliveira:

Enclosed please find the Preliminary Injunction issued by the Worcester Superior Court at the hearing held on August 2, 2004. As I am unaware if you are represented by counsel in this matter, I have sent a courtesy copy to the office of Bruce P. Gladstein, the attorney who sent a letter on your behalf to the Board of Selectmen on June 22, 2004.

Please be aware that the order was effective as of the day it was granted, and therefore the dog must be removed from your property by August 9, 2004, otherwise, the Town will take the appropriate steps.

Thank you in advance for your anticipated compliance with the Court's Order.

Very truly yours,

Mark R. Reich

MRR/RES/cmt
Enc.
cc: Executive Administrator
Bruce P. Gladstein, Esq.
228036/DOUG/0063