EXHIBIT E

# Town of Douglas
# Municipal Center
# 29 Depot Street
# Douglas, MA 01516

December 4, 2000

John Oliveira
6 Wilson Street
Bristol, RI 02809

Certified Mail: 7000 0600 0028 9758 4512

Dear Mr. Oliveira:

On November 28, 2000, The Board of Selectmen held a public hearing after due notice to you on the following complaint:

> *That you allowed two dogs owned and harbored by you at 85 Hemlock Street to become a nuisance by reasons of your failure to license and vaccinate as required by Chapter 140, Section 137 of Massachusetts General Laws, your failure to provide sufficient care for said dogs, and your failure to reclaim a dog owned by you after notification by the Animal Control Officer.*

Following that hearing, the Board of Selectmen made the following finding of fact:

> *That (1) on October 31, 2000, the Town of Douglas Dog Officer picked up and impounded a female dog with no tags which had broken loose from its chain at 85 Hemlock Street. A check of the Town's records indicated that the impounded dog is not licensed in the Town of Douglas and that there is no record of its vaccination. The dog owner John Oliveira of 6 Wilson Street in Bristol, RI, was notified of the impoundment and has failed to reclaim the dog; (2) a second dog remains on the property and there is no record of its licensing or vaccination.*

Based upon that finding, the Board of Selectmen resolved as follows:

> *That the dog owner,John Oliveira, is ordered, within 7 calendar days of this order, to vaccinate, license, and reclaim his impounded dog, with payment of accrued boarding fees, and to vaccinate and license the dog remaining on the property. In the absence of the dog owner's compliance with this order, the Board further orders that the impounded dog be placed for adoption and that the dog remaining on the property be banished from the Town of Douglas.*

Arrangements for individual licenses for each dog should be made through the Town Clerk's Office in the Municipal Center at 29 Depot Street; proof of vaccination will be required at that time. Arrangements to vaccinate the impounded dog can be made through the Dog Officer at 508-865-1354; advance payment of the accrued boarding fees will be required in order to release the dog for vaccination.

You have a right to appeal the Board of Selectmen's order to District Court within ten days of the order as provided in Massachusetts General Laws, Chapter 140, Section 157; copy enclosed.

Sincerely,

Norman MacNeill
Executive Administrator

Cc: Board of Selectmen
Dog Control Officer
Town Clerk