FILED
MAR 06 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN OLIVEIRA
Plaintiff

vs. Civil Action No.: 05-505 T

TOWN OF DOUGLAS, MASSACHUSETTS; BOARD OF SELECTMAN FOR THE TOWN OF DOUGLAS, MASSACHUSETTS; SHIRLEY MOSCZYNSKI, Individually and as the Chairperson of the Board of Selectman: For the Town of Douglas, Massachusetts; and JAY O'CONNOR, Alias, Individually and as the Animal Control Officer, for the Town of Douglas, Massachusetts, PAMELA HOLMES as Finance Director for the Town of Douglas, Massachusetts
Defendant

## MOTION FOR RECONSIDERATION

Now comes the Plaintiff in the above-entitled matter, and hereby requests this Court to reconsider its decision to dismiss Plaintiff's Complaint given on February 22, 2006. The grounds for Plaintiff's request are set forth in the attached memorandum of law.

DENIED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
3/27/06

PLAINTIFF
By his Attorney

BRUCE P. GLADSTEIN (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900

## CERTIFICATION

I hereby certify that on the 6 day of March, 2006, I mailed a true copy of the within, postage paid, to Attorney John J. Cloherty, Pierce, Davis & Perritano LLP, Ten, Winthrop Square, Boston MA 02110-1257.